**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-6605**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SATISH R. SHAH,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (CR-92-255-HAR, CA-97-2887-CCB)

―――――――――

Submitted: June 17, 1999                    Decided: June 25, 1999

―――――――――

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Satish R. Shah, Appellant Pro Se. Gary Patrick Jordan, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland; Raymond Allen Bonner, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Satish R. Shah seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999), and his motions for reconsideration of that order. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Shah, Nos. CR-92-255-HAR; CA-97-2887-CCB (D. Md. Feb. 23, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2